MATTHEW RODRIQUEZ
Acting Attorney General of California
SARA J. DRAKE
Senior Assistant Attorney General
WILLIAM P. TORNGREN
Supervising Deputy Attorney General
COLIN WOOD, State Bar No. 267539
TIMOTHY M. MUSCAT, State Bar No. 148944
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7779
  Fax:  (916) 323-2319
  E-mail:  Timothy.Muscat@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOBOBA BAND OF LUISEÑO INDIANS,** a federally recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, and GAVIN NEWSOM IN HIS OFFICIAL CAPACITY AS GOVERNOR OF CALIFORNIA,**<br><br>Defendants. | Case No.: 1:20-cv-01147-AWI-SKO<br><br>**STIPULATION AND ORDER REGARDING MODIFICATION TO SCHEDULING ORDER**<br><br>(Doc. 26)<br><br>Action Filed:  August 15, 2020 |

    Pursuant to the United States District Court, Eastern District of California Local Rules, Rule 143, Plaintiff Soboba Band of Luiseño Indians and Defendants Gavin Newson in his official capacity as Governor of the State of California and State of California (collectively, the Parties), by and through their attorneys of record, stipulate and agree as follows:

    Whereas, the Court issued a scheduling order in this case on November 13, 2020, and the scheduling order provided a briefing schedule for the Parties to file their respective motions for summary judgment;

Whereas, the Court's November 13, 2020 scheduling order required the Parties to meet to explore the possibility of settlement before incurring the expense of filing their summary judgment motions;

Whereas, the Parties, through their attorneys, discussed settlement possibilities, and have tentatively scheduled a virtual settlement conference among tribal leaders, the Governor's Tribal Negotiations Advisor, and their attorneys;

Whereas, these settlement discussions are taking time away from the attorneys' preparations of their respective motions for summary judgment, and such motions will become unnecessary to file if the Parties settle this matter; and

Whereas, this is the first request by the Parties to modify the Court's November 13, 2020 scheduling order;

IT IS HEREBY STIPULATED by the Parties that the filing dates for their respective motions for summary judgment in the Court's November 13, 2020 scheduling order shall be extended by fourteen days.  Pursuant to this stipulation, the filing date for the Parties' summary judgment motions is extended from April 30, 2021, to May 14, 2021.  The filing date for the Parties' oppositions to the summary judgment motions is extended from May 28, 2021, to June 11, 2021.  The filing date for any replies in support of the summary judgment motions is extended from June 11, 2021, to June 25, 2021.  The time for summary judgments to be heard before the Court is extended from June 28, 2021 to July 12, 2021.

IT IS SO ORDERED.

Dated:   **April 12, 2021**              /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| Dated:  April 9, 2021 | Respectfully submitted, |
| | MATTHEW RODRIQUEZ<br>Acting Attorney General of California<br>SARA J. DRAKE<br>Senior Assistant Attorney General<br>WILLIAM P. TORNGREN<br>Supervising Deputy Attorney General<br>COLIN WOOD<br>Deputy Attorney General |
| | /s/ TIMOTHY M. MUSCAT |
| | TIMOTHY M. MUSCAT<br>Deputy Attorney General<br>*Attorneys for Defendants* |
| Dated:  April 9, 2021 | Respectfully submitted, |
| | /s/ GEORGE FORMAN (as authorized on 4/9/21) |
| | GEORGE FORMAN<br>FORMAN & ASSOCIATES<br>*Attorneys for Plaintiff* |

# ORDER

Pursuant to the Parties' above stipulation (Doc. 26), and for good cause shown, the Court GRANTS the Parties' request to modify the Scheduling Order (Doc. 18) and hereby ORDERS as follows:

1. The filing date for the Parties' summary judgment motions is extended from April 30, 2021, to May 14, 2021.
2. The filing date for the Parties' oppositions to the summary judgment motions is extended from May 28, 2021, to June 11, 2021.
3. The filing date for any replies in support of the summary judgment motions is extended from June 11, 2021, to June 25, 2021.
4. The time for summary judgments to be heard before the Court is extended from June 28, 2021 to July 12, 2021.