ROB BONTA
Attorney General of California
T. MICHELLE LAIRD
Acting Senior Assistant Attorney General
NOEL A. FISCHER, State Bar No. 232553
LISA L. FREUND, State Bar No. 249174
TIMOTHY M. MUSCAT, State Bar No. 148944
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7779
  Fax: (916) 323-2319
  E-mail: Timothy.Muscat@doj.ca.gov
*Attorneys for Defendants*

GEORGE FORMAN, State Bar No. 47822
JAY B. SHAPIRO, State Bar No. 224100
MARGARET C. ROSENFELD, State Bar No. 127309)
FORMAN SHAPIRO & ROSENFELD LLP
  5055 Lucas Valley Road
  Nicasio, CA  94946
  Telephone: (415) 491-2310
  Email: george@fsrlegal.net
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOBOBA BAND OF LUISEÑO INDIANS,** a federally recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, and GAVIN NEWSOM IN HIS OFFICIAL CAPACITY AS GOVERNOR OF CALIFORNIA,**<br><br>Defendants. | 1:20-cv-01147-ADA-SKO<br><br>**JOINT REQUEST TO MODIFY ORDER APPOINTING MEDIATOR; [PROPOSED] ORDER** |

1

George Forman, attorney of record for plaintiff Soboba Band of Luiseño Indians, a federally recognized Indian Tribe (Plaintiff), on the one hand, and Noel A. Fischer, Lisa L. Freund, and Timothy M. Muscat, Deputy Attorneys General, attorneys for defendants Governor Gavin Newsom, in his official capacity as Governor of California, and the State of California (State) (collectively, State Defendants) on the other hand, hereby jointly request that the Court modify its July 5, 2023 Order Appointing Judge Scott Bales to act as mediator, for the reasons set forth below.

Specifically, the parties jointly request the modification to not require the submission of Last Best Offer compacts within ten days of July 5, 2023, for the following reasons:  1) before the State Defendants can enter into an agreement retaining Judge Bales, the State Defendants must enter into a contract with FedArb, the ADR organization through which Judge Bales will provide his services, and the process of executing that contract will take longer than two weeks; 2) due to its meeting schedule, Plaintiff's governing body will not be able to complete its review and approval of its Last Best Offer compact until early August; and 3) the parties require flexibility in setting with the mediator due dates for the submission of Last Best Offer compacts and subsequent briefing for the mediator regarding these compacts to accommodate for the previously set vacation schedules of several attorneys who are representing the parties in this case.  Allowing the mediator and parties to establish the schedule for submission of the parties' respective Last Best Offer compacts would allow for the prompt and orderly completion of the IGRA post-judgment mediation process, while accommodating the internal needs and schedules of all parties.

| | | |
|---|---|---|
| 1 | Dated: July 10, 2023 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | T. MICHELLE LAIRD<br>Acting Senior Assistant Attorney General |
| 4 | | NOEL A. FISCHER<br>Deputy Attorney General |
| 5 | | LISA L. FREUND<br>Deputy Attorney General |
| 6 | | |
| 7 | | */s/ Timothy M. Muscat* |
| 8 | | TIMOTHY M. MUSCAT<br>Deputy Attorney General<br>*Attorneys for Defendants* |

| | | |
|---|---|---|
| 10 | Dated: July 7, 2023 | Respectfully submitted, |
| 11 | | |
| 12 | | FORMAN SHAPIRO & ROSENFELD LLP<br>GEORGE FORMAN<br>JAY B. SHAPIRO |
| 13 | | MARGARET C. ROSENFELD |
| 14 | | */s/ George Forman (as authorized on 7/7/23)* |
| 15 | | GEORGE FORMAN |
| 16 | | *Attorneys for Plaintiff* |

3

**ORDER**

Good cause appearing, the Court hereby modifies its July 5, 2023 Order (ECF No. 82) appointing retired Arizona Supreme Court Chief Justice Scott Bales (Justice Bales) to serve as the mediator in this matter pursuant to 25 U.S.C. § 2710(d)(7)(B)(iv).  Pursuant to this modification, the parties are no longer directed, within ten days of the Court's July 5, 2023 Order, to submit to the meditator "a proposed compact that represents their last best offer for a compact."  25 U.S.C. § 2710(d)(7)(B)(iv).  Rather, the parties are ordered to work cooperatively in jointly advising Justice Bales of his appointment, jointly preparing and submitting to him instructions on his duties as a court appointed mediator under 25 U.S.C. § 2710(d)(7)(B)(iv), and establishing with his mediation service a mutually acceptable time schedule for Justice Bales to complete the performance of his mediator duties.

After receiving the parties' proposed compacts that represent their last best offers for a compact pursuant to a schedule agreed upon by the parties and the mediator, the mediator "shall select from the two proposed compacts the one which best comports with the terms of [IGRA], . . . any other applicable Federal law[,] and with the findings and order," (ECF No. 77), of this Court.  *Id.*  Once the mediator selects a compact as directed, he "shall submit [the selected compact] to the State and the Indian tribe."  *Id.* at § 2710(d)(7)(B)(v).  "If [the] State consents to a proposed compact during the 60-day period beginning on the date on which the proposed compact is submitted by the mediator to the State under clause (v), the proposed compact shall be treated as a Tribal-State compact entered into under [§ 2710(d)(3)]."  *Id.* at § 2710(d)(7)(B)(vi). "If the State does not consent during the 60-day period described [above] to [the] proposed compact submitted by [the mediator to the State], [he] shall notify the Secretary" of the Interior. *Id.* at § 2710(d)(7)(B)(vii).  The Secretary of the Interior, in consultation with the Tribe, shall then prescribe procedures for operation of class III gaming by the Tribe that are consistent with the compact selected by the mediator, the provisions of IGRA, and the laws of the State.  *Id.*

IT IS SO ORDERED.

Dated: _____
HONORABLE ANA DE ALBA
United States District Judge

# CERTIFICATE OF SERVICE

Case Name:  **Soboba Band v. State of California, et al.**          No.   **1:20-cv-01147-ADA-SKO**

I hereby certify that on <u>July 10, 2023</u>, I caused to be electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT REQUEST TO MODIFY ORDER APPOINTING MEDIATOR; [PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>July 10, 2023</u>, at Sacramento, California.

| Linda Thorpe | */s/ Linda Thorpe* |
|---|---|
| Declarant | Signature |