1  ROB BONTA
   Attorney General of California
2  T. MICHELLE LAIRD
   Senior Assistant Attorney General
3  NOEL A. FISCHER, State Bar No. 232553
   Supervising Deputy Attorney General
4  LISA L. FREUND, State Bar No. 249174
   Deputy Attorney General
5  600 West Broadway, Suite 1800
   San Diego, CA 92101
6  P.O. Box 85266
   San Diego, CA 92186-5266
7  Telephone:  (619) 738-9133
   Fax:  (619) 645-2271
8  E-mail:  Noel.Fischer@doj.ca.gov
   *Attorneys for Defendants*
9  *Governor Gavin Newsom and State of California*

10 GEORGE FORMAN, State Bar No. 47822
   JAY B. SHAPIRO, State Bar No. 224100
11 MARGARET C. ROSENFELD, State Bar No. 127309
   FORMAN SHAPIRO & ROSENFELD LLP
12 5055 Lucas Valley Road
   Nicasio, CA  94946
13 Telephone:  (415) 491-2310
   Email:  george@fsrlegal.net
14 *Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SOBOBA BAND OF LUISEÑO INDIANS,** a federally recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, and GAVIN NEWSOM IN HIS OFFICIAL CAPACITY AS GOVERNOR OF CALIFORNIA,**<br><br>Defendants. | 1:20-cv-01147-KES-SKO<br><br>**JOINT STATUS REPORT** |

1

Pursuant to the Court's June 25, 2024 Minute Order (ECF No. 88), the parties hereby submit the following Joint Status Report:

On January 26, 2023, the Court entered its order pursuant to the parties' stipulation granting Plaintiff's motion for summary judgment that Defendant failed to negotiate in good faith concerning entry into a new class III gaming compact, and directing the parties to commence remedial procedures prescribed by the Indian Gaming Regulatory Act, 25 U.S.C. § 2710(d)(7)(B)(iii)- (vii), and dismissing Plaintiff's Second Claim for Relief without prejudice. ECF No. 77.  On May 10, 2024, the Assistant Secretary of the Interior for Indian Affairs, acting pursuant to 25 U.S.C. § 2710(d)(3)(vii), issued Secretarial Procedures in lieu of a tribal-state compact under which Plaintiff may conduct class III gaming activities on its Indian lands.

Issuance of the above-mentioned Secretarial Procedures ended this litigation as the parties have concluded and fully implemented the remedial measures as ordered by the Court on January 25, 2023.  *See* ECF No. 77.  Thus, all matters and claims at issue in the instant litigation have been resolved such that nothing further is pending before this Court and thus judgment should be entered and the case should be closed.

///

///

| | | |
|---|---|---|
| 1 | Dated: July 3, 2024 | Respectfully submitted, |
| 2 | | ROB BONTA |
| | | Attorney General of California |
| 3 | | T. MICHELLE LAIRD |
| | | Senior Assistant Attorney General |
| 4 | | LISA L. FREUND |
| | | Deputy Attorney General |

*/s Noel A. Fischer (as authorized on 7/3/2024)*

NOEL A. FISCHER
Supervising Deputy Attorney General
*Attorneys for Defendants*

Dated:  July 3, 2024     Respectfully submitted,

FORMAN SHAPIRO & ROSENFELD LLP

*/s George Forman*
George Forman
Jay B. Shapiro
Margaret C. Rosenfeld
*Attorneys for Plaintiff*