# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| SOBOBA BAND OF LUISENO INDIANS, ET AL., <br> v. <br> STATE OF CALIFORNIA, ET AL., | ) <br> ) <br> ) Case No.: 1:20-CV-01147-KES-SKO <br> ) <br> ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __07/10/2024__ against __STATE OF CALIFORNIA,__,
                                                            *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................ | $ 400.00 |
| Fees for service of summons and subpoena ................................ | 227.16 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | |
| Fees and disbursements for printing ................................... | |
| Fees for witnesses *(itemize on page two)* ................................ | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ....... | |
| Docket fees under 28 U.S.C. 1923 ..................................... | |
| Costs as shown on Mandate of Court of Appeals ........................... | |
| Compensation of court-appointed experts ................................ | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ........................................ | 2,205.00 |
| TOTAL | $ 2,832.16 |

*SPECIAL NOTE*: Attach to your bill an itemization and documentation for requested costs in all categories.

## Affidavit

I declare under penalty of perjury that the foregoing costs are allowable by law, are correctly stated, were necessarily incurred and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service          ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: _____

Name of Attorney: _____

For: __SOBOBA BAND OF LUISENO INDIANS, ET AL.,__   Date: _____
       *Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
*Clerk of Court*                    *Deputy Clerk*                  *Date*

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**

"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**

"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Print    Save As...    Reset

George Forman (SBN 047822)
Jay B. Shapiro (SBN 224100)
Margaret C. Rosenfeld (SBN 127309)
FORMAN SHAPIRO & ROSENFELD LLP
5055 Lucas Valley Road
Nicasio, CA 94946
Telephone: 415/491-2310
george@fsrlegal.net

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOBOBA BAND OF LUISEÑO INDIANS, a federally recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, and GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF CALIFORNIA,<br><br>Defendants. | Case No.: 1:20-cv-01147-KES-SKO<br><br>**DECLARATION OF GEORGE FORMAN IN SUPPORT OF BILL OF COSTS** |

George Forman declares as follows:

    I am admitted to practice before the Bars of, *inter alia*, the Supreme Court of California and this Court; I am one of Plaintiff's attorneys of record in this action; and I make this declaration of my own knowledge.

    The Court's order granting Plaintiff's motion for summary judgment pursuant to the parties' stipulation (**doc. 77**) required the parties to proceed to the remedial process set forth in 25 U.S.C. sec. 2710(d)(7)(B)(iii)-(vii).

    Thereafter, pursuant to the parties' stipulation, the Court issued its order (**doc. 82**) appointing retired Arizona Supreme Court Justice Scott Bales to serve as mediator to whom the parties were required to submit their last best offers for a Compact.

Although this action involved only the named plaintiff, substantially identical orders were issued in three other related cases: *Cachil Dehe Band of Wintun Indians of the Colusa Indian Community v. California, et al.,* 2:20−CV−01585−KES−SKO; *Bear River band of Roherville Rancheria v. California, et al.*, 1:20−CV−01539−KES−SKO*; Cahuilla Band of Indians v. California, et al.*, 2:20−CV−01630−KES−SKO.

Justice Bales having been appointed by the Court as mediator in all four of the above-entitled related actions, and all four actions involving substantially identical issues of fact and law, the parties agreed that the costs and fees associated with proceedings before Justice Bales would be divided equally between the State defendants on the one hand, and the collective tribal plaintiffs on the other hand. The tribal plaintiffs agreed among themselves that each Tribe would be responsible for 25% of the collective tribal plaintiffs' 50% share of the mediation costs and fees.

Justice Bales' fees and FedArb's administrative fees for the proceedings before Justice Bales amounted to $17,640, of which the State paid $8,820 and the collective tribal plaintiffs paid $8,820. Plaintiff's 25% share of $8,820 equaled $2,205, the amount claimed on the bill of costs submitted herewith.

I declare under penalty of perjury that the foregoing is true of my own knowledge, and that this declaration was executed at Nicasio, California on July 19, 2024.

                            /s/George Forman
                            George Forman

**Big Sandy Band of Western Mono Indians**

**Unknown**

**Alturas Indian Rancheria**



| Date Filed | # | Docket Text |
|---|---|---|
| 08/15/2020 | 1 | COMPLAINT against State of California by Soboba Band of Luiseno Indians. (Filing fee $ 400, receipt number 0972-9056967) (Attachments: # 1 Civil Cover Sheet)(Forman, George) (Entered: 08/15/2020) |
| 08/17/2020 |  | AT CASE CONVERTED to CIVIL CASE 1:20-cv-01147-DAD-SKO.(Lundstrom, T) (Entered: 08/17/2020) |
| 08/17/2020 | 2 | SUMMONS ISSUED as to *State of California* with answer to complaint due within *21* days. Attorney *George Forman* *Forman & Associates* *4340 Redwood Hwy #E351* *San Rafael, CA 94903*. (Lundstrom, T) (Entered: 08/17/2020) |
| 08/17/2020 | 3 | CIVIL NEW CASE DOCUMENTS ISSUED; Initial Scheduling Conference set for 10/22/2020 at 09:45 AM in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto. (Attachments: # 1 Standing Order, # 2 Standing Order re Judicial Emergency, # 3 Consent Form, # 4 VDRP) (Lundstrom, T) (Entered: 08/17/2020) |
| 08/17/2020 | 4 | NOTICE of RELATED CASE(S) 2:20-cv-01630-MCE-AC, 2:20-cv-01585-KJM-AC, 1:19-cv-00024-AWI-SKO by Soboba Band of Luiseno Indians. (Forman, George) (Entered: 08/17/2020) |
| 08/27/2020 | 5 | SUMMONS ISSUED as to *Gavin Newsom* with answer to complaint due within *21* days. Attorney *George Forman* *Forman & Associates* *4340 Redwood Hwy #E351* *San Rafael, CA 94903*. (Benson, A.) (Entered: 08/27/2020) |
| 08/27/2020 | 6 | SUMMONS RETURNED EXECUTED: State of California served on 8/21/2020. (Forman, George) Modified on 8/27/2020 (Benson, A.). (Entered: 08/27/2020) |
| 09/09/2020 | 7 | SUMMONS RETURNED EXECUTED: Gavin Newsom served on 8/24/2020, answer due 9/14/2020. (Forman, George) (Entered: 09/09/2020) |
| 09/09/2020 | 8 | CERTIFICATE of SERVICE by Soboba Band of Luiseno Indians. (Forman, George) (Entered: 09/09/2020) |
| 09/18/2020 | 9 | ANSWER by Gavin Newsom, State of California. Attorney Muscat, Timothy M. added. (Muscat, Timothy) (Entered: 09/18/2020) |
| 09/18/2020 | 10 | STIPULATION *Regarding Responsive Pleading Deadline* by Gavin Newsom, State of California. (Muscat, Timothy) (Entered: 09/18/2020) |
| 10/14/2020 | 11 | ORDER RELATING AND REASSIGNING CASES, signed by District Judge Anthony W. Ishii on 10/13/2020. (Martin-Gill, S) (Entered: 10/14/2020) |
| 10/14/2020 | 12 | ORDER RELATING AND REASSIGNING CASES, signed by District Judge Anthony W. Ishii on 10/13/2020. (Rivera, O) (Entered: 10/14/2020) |
| 10/14/2020 | 13 | ORDER RELATING AND REASSIGNING CASES, signed by District Judge Anthony W. Ishii on 10/13/2020. (Martin-Gill, S) (Entered: 10/14/2020) |

**RAPID LEGAL INC.**

15345 Fairfield Ranch Rd, Ste 200
CHINO HILLS, CA  91709
accountsreceivable@rapidlegal.com



## INVOICE

| BILL TO | | |
|---|---|---|
| Forman & Associates | INVOICE | 3781448 |
| 4340 Redwood Highway E352 | DATE | 08/24/2020 |
| San Rafael, CA 94903 | TERMS | Due on receipt |
| Attn: Rea Schmadeke | | |
| Billing Code: 008 | | |

ACCOUNT #
21316

| DATE | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|
| 08/24/2020 | Priority Urban Area<br>Sub Served, 08/24/2020, John Doem. Baker, Only Provided First Initial, Deputy<br>PARTY TO SERVE: Gavin Newsom<br>1300 I St, Sacramento, CA 95814<br>Summons, Complaint, Civil Case Cover Sheet, Notice Of Related Cases, Notice Of Related Cases | 1 | 110.00 |
| 08/24/2020 | Payment Processing Fee (formerly Convenience Fees) | 1 | 3.58 |

BILLING CODE: 008
CASE #: 120-cv-01147-DAD-SKO
CASE NAME: Soboba Band of Luiseno Indians v. State of California

| | |
|---|---|
| PAYMENT | 113.58 |
| BALANCE DUE | **$0.00** |
| | **PAID** |

If you have questions about this invoice, please email Accounts Receivable at
accountsreceivable@rapidlegal.com or call 909-664-9565

Thank you for choosing Rapid Legal for your legal services needs.

TAX ID #95-4470545

Page 1 of 1

**RAPID LEGAL INC.**

15345 Fairfield Ranch Rd, Ste 200
CHINO HILLS, CA  91709
accountsreceivable@rapidlegal.com



# INVOICE

BILL TO

Forman & Associates
4340 Redwood Highway E352
San Rafael, CA 94903
Attn: Rea Schmadeke
Billing Code: 008

| | |
|---|---|
| INVOICE | 3777443 |
| DATE | 08/21/2020 |
| TERMS | Due on receipt |

ACCOUNT #
21316

| DATE | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|
| 08/20/2020 | Priority Urban Area<br>Sub Served, 08/20/2020, John Doea. Williams, Only Provided First Initial, Deputy<br>PARTY TO SERVE: State Of California<br>1300 I St, Sacramento, CA 95814<br>Summons, Complaint, Civil Case Cover Sheet, Notice Of Related Case, Notice Of Related Cases | 1 | 110.00 |
| 08/20/2020 | Payment Processing Fee (formerly Convenience Fees) | 1 | 3.58 |

BILLING CODE: 008
CASE #: 120-cv-01147-DAD-SKO
CASE NAME: Soboba Band of Luiseno Indians v. State of California

| | |
|---|---|
| PAYMENT | 113.58 |
| BALANCE DUE | **$0.00** |
| | **PAID** |

If you have questions about this invoice, please email Accounts Receivable at accountsreceivable@rapidlegal.com or call 909-664-9565

Thank you for choosing Rapid Legal for your legal services needs.

TAX ID #95-4470545

Page 1 of 1

# FEDARB
**Experience. Expertise. Results.**

VIA-EMAIL ONLY

Invoice

**Federal Arbitration, Inc.**
650-328-9500

| Invoice: | F23-TS-M-SB-0616-02 |
|---|---|
| Case ID: | F23-TS-M-SB-0616 |
| Federal Tax ID: | 26-0218434 |
| Date: | 01-17-2024 |

Invoice for Mediation services to be provided by Scott Bales
re
Bear River, Cachil DeHe, Cahuilla and Soboba v. State of California

| Description of item | Amount |
|---|---|
| Justice Bales services from 11/03/2023 to 01/12/2024, 19.6 hours at $750 per hour | $14,700.00 |
| FedArb administration fee (12%) of judge's hourly fees | $1,764.00 |
| Total | $16,464.00 |

**Please deposit with FedArb:**

| Party | Care Of | Firm | % of fee | Amount Due |
|---|---|---|---|---|
| Bear River, Cachil DeHe, Cahuilla and Soboba | George Forman | Forman Shapiro & Rosenfeld LLP | 50% | $8,232.00 |

**Please deposit with FedArb:**

| Party | Care Of | Firm | % of fee | Amount Due |
|---|---|---|---|---|
| State of California and Governor Newsom | Noel Fischer | California Department of Justice<br>Attn: Deputy Attorney General Noel Fischer<br>Office of the Attorney General<br>600 West Broadway, Suite 1800<br>San Diego, CA 92101 | 50% | $8,232.00 |

**Payment is due by Wednesday, January 31, 2024**

**Invoices not paid when due will be subject to a 1.5% per month rebilling fee until payment is received.**

Electronic payment: Chase Bank, 270 Park Ave, New York, NY 10017
ABA (ACH): 322271627 - ABA (Wires): 021000021 - Account Name: Federal Arbitration, Inc.
Account No.: 307833514
Reference No: F23-TS-M-SB-0616-02
Checks should be delivered to: Federal Arbitration, Inc., P.O. Box 24376, New York, NY 10087-4376



VIA-EMAIL ONLY

Invoice

| Federal Arbitration, Inc.  650-328-9500 | |
|---|---|

| Invoice: | F23-TS-M-SB-0616-03 |
|---|---|
| Case ID: | F23-TS-M-SB-0616 |
| Federal Tax ID: | 26-0218434 |
| Date: | 02/23/2024 |

## Invoice for Mediation services to be provided by Scott Bales
## re
## Bear River, Cachil DeHe, Cahuilla and Soboba v. State of California

| Description of item | Amount |
|---|---|
| Justice Bales services from 02/09/2024 to 02/13/2024, Invoice #160, 1.4 hours at $750 per hour | $1,050.00 |
| FedArb administration fee (12%) of judge's hourly fees | $126.00 |
| Total | $1,176.00 |

| Please deposit with FedArb: | | | | |
|---|---|---|---|---|
| Party | Care Of | Firm | % of fee | Amount Due |
| Bear River, Cachil DeHe, Cahuilla and Soboba | George Forman | Forman Shapiro & Rosenfeld LLP | 50% | $588.00 |

| Please deposit with FedArb: | | | | |
|---|---|---|---|---|
| Party | Care Of | Firm | % of fee | Amount Due |
| State of California and Governor Newsom | Noel Fischer | California Department of Justice  Attn: Deputy Attorney General  Noel Fischer  Office of the Attorney General  600 West Broadway, Suite 1800  San Diego, CA 92101 | 50% | $588.00 |

**Payment is due by Friday, March 8, 2024**

**Invoices not paid after 60 days of the due date will be subject to a 1.5% per month rebilling fee until payment is received.**

**Electronic payment:** Chase Bank, 270 Park Ave, New York, NY 10017
ABA (ACH): 322271627 - ABA (Wires): 021000021 - Account Name: Federal Arbitration, Inc.
Account No.: 307833514
Reference No: F23-TS-M-SB-0616-03
Check payments to lockbox address only: Federal Arbitration, Inc., P.O. Box 24376, New York, NY 10087-4376